Timothy M. Bechtold
**BECHTOLD LAW FIRM, PLLC**
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Elizabeth M. Forster
**FORSTER LAW, PLLC**
P.O. Box 30342
Billings, MT 59107
(406) 318-5354
liz@forster-law.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES; NATIVE ECOSYSTEMS COUNCIL; and COUNCIL ON WILDLIFE AND FISH, <br><br> Plaintiffs, <br><br> vs. <br><br> AMANDA JAMES, Dillon Field Manager of the Bureau of Land Management; SONYA GERMANN, Montana/Dakotas State Director of the Bureau of Land Management; BILL GROFFY, Acting Director of the Bureau of Land Management; and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendants. | CV 25-104-BU-BMM <br><br><br> **DECLARATION OF PAT MUNDAY** |

1

Pursuant to 28 U. S. C. § 1746, I, Pat Munday, declare under penalty of perjury that the following is true and correct.

1.      I am a resident of Butte, Montana.

2.      I am a member of Alliance for the Wild Rockies.

3.      I have been visiting the Grasshopper Watershed to fish, camp, hunt, and view wildlife, including sage grouse, for the last three decades.

4.      I began visiting the Grasshopper in the early 1990s for two primary reasons: (1) pronghorn antelope hunting; and (2) taking in events and/or bringing visitors to Bannack State Park. At some point in the early 2000s, I also discovered that Grasshopper Creek was a good small trout stream especially enjoyable in late spring when flows on main stem rivers (such as the Big Hole River) were too high for wade fishing. Because I was impressed by the sagebrush steppe ecosystem, it also became a favorite area for early season day hikes and "Sunday drives" on Highway 278 and some of its side roads. After the early 2000s, I no longer hunted antelope in this area but continued to visit one or more times most years for all the aforementioned reasons.

5.      As a history and philosophy professor at Montana Technological University in Butte, I taught environmental history and related courses from 1990 until my retirement in 2025. Through the research necessary to teach these courses, I became aware of the unique nature of sagebrush steppe ecosystems and the role of

2

sage grouse in this environment. I learned to see sage grouse as a key indicator species for the health of the overall ecosystem.

6.      In the early 1990s, I talked with Montana Fish, Wildlife, and Parks employees about sage grouse. Through them, other friends and colleagues, and some public lectures, I learned about the importance of leks and about other factors such as fenceposts providing artificial perches for predatory hawks and the lethal hazard that fencelines pose for low flying sage grouse. Factors such as these, along with the overall health or abundance of sagebrush, helped me interpret or read the landscape and the various changes imposed upon it over time.

7.      Among the areas that I have traveled to in the Grasshopper Watershed are Bannack State Park, BLM lands immediately to the north and east of the park such as "Road Agents Rock," a state lands section a mile northwest of the park, various points downstream of the park where fishing access to the creek is available, and the route along Highway 278 that connects Dillon to Carroll Hill.

8.      I most recently visited Grasshopper Creek in 2024: once for an early season (March, during a few days of warm weather) camping trip at and visit to Bannack State Park, somewhat later (early May) for fishing the creek downstream of the park, and then in late August for a drive from the upper Big Hole River basin (where we had been camping) across Carroll Hill and then down to Dillon. I should note that in 2024 and on most visits since the late 2000s, I saw no sage grouse. This

is remarkable, as visits in the 1990s and early 2000s invariably resulted in sage grouse sightings, whether simply seen along Highway 278 or side roads, or while hiking in the spring.

9.      I intend to return to the Grasshopper Watershed in the near future. I plan to visit the Grasshopper Watershed again in mid- or late-June for a few days of hiking, fishing, and camping. I recently acquired an eager young bird dog and, after last year's season of hunting over her for blue grouse and ruffed grouse, I plan to hunt her on sage grouse in early September. This will likely include Grasshopper Creek uplands.

10.     I am concerned about the effects of grazing in the Grasshopper Watershed on sage grouse. I am concerned about how grazing would affect the vegetation that sage grouse need at each life stage, but especially to nest and raise their chicks. Over the years, more and more BLM lands have been sacrificed for cattle grazing at the expense of sage grouse and other species. Though not legally listed as threatened or endangered, sage grouse populations are declining throughout the American West. The BLM claim that through collaborative efforts it is "saving" sage grouse. Well then, this is a prime opportunity for the BLM to preserve one small yet critically important area for sage grouse recovery.

11.     Grazing infrastructure (i.e. fences) also pose a serious threat to pronghorn antelope migration. Like sage grouse, pronghorn antelope populations in

the Grasshopper Valley seems to have declined steadily over the past 30 years. Though I am only a casual birder, I also care about the ways that grazing impacts and reduces populations of songbirds such as western meadowlarks and Brewer's sparrows. I am over 70 years old and a grandparent, and I would like to leave a world of native species for my grandchildren—a world at least as good or better than the one I was born into. Whether we hunt species such as sage grouse, enjoy their elaborate mating behavior on leks, or simply take satisfaction in knowing that they are there, we all deserve federal lands that are managed for long term ecosystem health and integrity, and that are not sacrificed for narrow short-term economic gain.

12.    Because the Grasshopper Watershed is a very important area for sage grouse and their chicks, the grazing and grazing infrastructure authorized by Defendants will personally harm me because it will lessen my ability to view, photograph, and appreciate sage grouse in this area.

13.    Therefore, a favorable judicial decision will prevent or redress these injuries, because it will enjoin the activities that will harm my esthetic, recreational, scientific, spiritual, vocational, and educational interests.

Dated this __11th__ day of June, 2026

Pat Munday